1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOEL GAMACHE,
MICHLLE GAMACHE,

        Plaintiffs,

    v.

OLYMPIC COLLECTION INC.,

        Defendant.

Case No. C06-5439 FDB

ORDER OF DISMISSAL FOR
FAILURE TO PROSECUTE

On June 4, 2007, this Court entered an Order to Show Cause directing Plaintiff to respond by June 18, 2007, and explain (1) why the parties had not complied with the Court's Minute Order setting May 8, 2007, as the deadline for filing of a combined joint status report, and (2) why this action should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(2)(b).

The Plaintiff has failed to respond to the Order to Show Cause. Accordingly, pursuant to Fed. R. Civ. P. 41(2)(b), this action is **DISMISSED**, for failure to prosecute.

DATED this 26th day of June, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1